# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

Robert P. Young, Jr.,
Chief Justice

146819

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

CORTEZ ROLAND DAVIS,
         Defendant-Appellant.

SC: 146819
COA: 314080
Wayne CC: 94-002089-01-FC

_____/

     On order of the Chief Justice, leave to appeal having been granted in this case, the time allowed for oral argument shall be 20 minutes for each side. MCR 7.315(B).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



Clerk

h1105